# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00036-CV

**Diana Louise Brock, Appellant**

**v.**

**Federal National Mortgage Association a/k/a Fannie Mae, Appellee**

### FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-11-007081, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant's brief was due on July 9, 2012. On August 29, 2012, this Court notified appellant that her brief was overdue and that a failure to respond by September 10, 2012, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution.

_____

Diane M. Henson, Justice

Before Justices Puryear, Pemberton and Henson

Dismissed for Want of Prosecution

Filed:   October 19, 2012